JS-6

Brigham Ricks, SBN 224750
IUURI.LEGAL, INC.
548 Market St., #88614
San Francisco, CA 94104
(415) 799-9866
brig.ricks@iuuri.com

Attorneys for
Allied Energy Corp.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE DAMUSIS<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JON MAKEEVER, ALLIED ENERGY CORP., and DOES 1 to 10.<br><br>　　　　Defendant.<br>———————————————<br>ALLIED ENERGY CORP., a West Virginia corporation,<br><br>　　　　Defendant/Counter - Plaintiff,<br><br>　　vs.<br><br>GEORGE DAMUSIS, an individual,<br><br>　　　　Plaintiff/Counter-Defendant<br>———————————————<br>ALLIED ENERGY CORP., a West Virginia corporation,<br><br>　　　　Defendant/Third Party Plaintiff,<br><br>　　vs.<br><br>RICHARD NIXON, an individual,<br><br>　　　　Third Party Defendant | Case No.: 2:19-cv-06185 GW (SSx)<br><br>[Superior Court of California, County of Los Angeles, Northwest Division, Case No. LC061468]<br><br>**ORDER ON STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Courtroom: 9D, First Street US Courthouse<br>*The Honorable George H. Wu* |

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE- 1

WHEREAS, plaintiff GEORGE DAMUSIS filed a complaint against defendant ALLIED ENERGY CORP. and JON MAKEEVER alleging breach of contract;

WHEREAS, defendant ALLIED ENERGY CORP. filed a counterclaim against GEORGE DAMUSIS and third party complaint against RICHARD NIXON; and

WHEREAS, the parties are interested in resolving the issues alleged in the complaint, counterclaim and third party complaint, and have negotiated in good faith for that purpose and entered into Mutual Release and Settlement Agreement executed by the parties dated August 22, 2019; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned complaint is dismissed and discontinued with prejudice, as to the named defendants, counter defendant and third party defendant pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Nothing in this So Ordered Stipulation For Dismissal shall be construed as an admission or concession of liability whatsoever by any of the defendants or regarding any of the allegations made by the plaintiff in the Complaint.

This So Ordered Stipulation for Dismissal dated August 22, 2019 embodies the entire agreement of the parties in this matter.

//

//

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE- 2

1 | Dated: August 22, 2019     LAW OFFICE OF RICHARD NIXON

2

3

4                          By: _____
                                Richard Nixon
                                Attorney for Plaintiff, Counter Defendant

5                                 and, Third Party Defendant

6

7 | Dated: August 19, 2019     IUURI.LEGAL

8

9

10                          By: _____
                                Brigham Ricks
                                Attorney for Defendants, Counterclaimant,

11                                 and, Third Party Plaintiff

12

13

14 **SO ORDERED.**

15

16 _____     August 23, 2019
    The Honorable George H. Wu              Date

17     United States District Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE- 3